# BINGHAM

Kenneth I. Schacter
Direct Phone: +1.212.705.7487
Direct Fax:    +1.212.702.3622
kenneth.schacter@bingham.com

January 3, 2014

**BY ECF**

Hon. Richard M. Berman
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

Re: *Harbinger Capital Partners LLC, et al., v. Deere & Company, et al,*
*No. 13-CV-5543-RMB*

Dear Judge Berman:

We are counsel to Defendant Deere & Company in the above-referenced action. In light of the cancellation of today's status conference because of inclement weather, and as requested by the Court, we have contacted counsel for Harbinger and the other defendants to determine their availability for a rescheduled conference. All parties are available on Thursday, January 9, 2014.

Thank you for your attention to this matter.

Respectfully,

Kenneth I. Schacter

cc: Counsel of record (via ECF)

Beijing
Boston
Frankfurt
Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Washington

Bingham McCutchen LLP
399 Park Avenue
New York, NY
10022-4689

T +1.212.705.7000
F +1.212.752.5378
bingham.com

A/75884181.1