Morgan, Lewis & Bockius LLP
399 Park Avenue
New York, New York 10022-4689
Tel. 212.705.7000
Fax: 212.752.5378
www.morganlewis.com



Morgan Lewis
COUNSELORS AT LAW

**Kenneth I. Schacter**
Partner
+1.212.705.7487
kenneth.schacter@morganlewis.com

February 6, 2015

Hon. Richard M. Berman
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** *LightSquared Inc., et al., v. Deere & Company, et al., No.13-CV-8157 (RMB);*
*Harbinger Capital Partners LLC, et al., v. Deere & Company, et al.,*
*No. 13- CV-5543 (RMB)*

Dear Judge Berman:

We are counsel for Deere & Company in the above-referenced actions. I am writing to request that the date for the Settlement Conference, set by the Court yesterday for March 2, 2015, be changed in light of certain scheduling conflicts. On March 2, I am scheduled to appear for a status conference in a large multi-district litigation in the United States District Court for the District of Massachusetts. In addition, on March 2, Eugene Assaf of Kirkland & Ellis, lead counsel for LightSquared, has an oral argument before the United States Court of Appeals for the Third Circuit.

The parties have conferred about alternative dates for the Settlement Conference. Counsel for the parties and client representatives who wish to attend are available on March 12, 2015. Accordingly, subject to the Court's availability on that day, the parties respectfully request that the Settlement Conference be rescheduled for March 12, 2015.

Thank you for your attention to this matter.

Respectfully,

Kenneth I. Schacter

cc:     Counsel of Record (via ECF)

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Tokyo  Washington  Wilmington

A/76675915.1